

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette Stark<br><br>Plaintiff,<br>V.<br><br>First Meridian Financial, Inc. a Delaware corporation<br><br>Defendant. | Civil Action No.   19cv1835-WQH-JLB<br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Collete Stark and against First Meridian Financial, Inc., in the amount of $2,000.

Date:   3/3/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  A. Garcia
A. Garcia, Deputy